UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14063-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

MARSHALL LEE MITCHELL,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to the Honorable Frank J. Lynch United States Magistrate Judge on March 27, 2008. A Report and Recommendation was filed on April 4, 2008, recommending payment in the amount of $7,688.85 as to voucher number FLS071437. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of May, 2008.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

Copied: Peter T. Patanzo, Esq.