## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 07-14063-CR-GRAHAM/LYNCH

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**MARSHALL LEE MITCHELL,**

    **Defendant.**

_____/

FILED by _____ D.C.

JUL 1 5 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO TOLL/STAY TIME LIMIT FOR FILING PETITION PURSUANT TO 28 USC §2255 DUE TO PENDING DIRECT APPEAL [D.E. #298]

**THIS CAUSE** having come on to be heard upon the aforementioned pro se motion and this Court having reviewed the motion as well as the government's response and otherwise being advised in the premises, makes the following recommendation to the District Court:

1.    The Defendant is represented by counsel on appeal. His motion even reflects that he is "awaiting a decision on his pending appeal." The Court has previously entered orders either striking the Defendant's pro se pleadings and/or instructing him not to file any future pro se pleadings since he is represented by counsel. See [D.E. 124, 134, 265 and 295]. For this reason, the Defendant's motion is in violation of the Local Rules as well as in direct violation of Judge Graham's previous orders and should be stricken.

2.    Alternatively, the Defendant's motion is premature since his appeal is already pending and the case law is clear in that regard. See United States v. Casaran-Rivas, 311 Fed. Appx. 269 (11th Cir. 2009) and Kaufmann v. United States, 282 F.3d 1336 (11th Cir.

2002).  Based upon this legal authority, the motion should be denied based upon the facts
and circumstances set forth in the motion as they now exist.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's
motion be **STRICKEN** as being filed in violation of the Local Rules of this Court and Judge
Graham's previous orders; alternatively, the motion is premature and should be **DENIED**.

The parties shall have ten (10) days from the date of this Report and
Recommendation within which to file objections, if any, with the Honorable Donald L.
Graham, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _____ day of July, 2009, at Fort Pierce, Northern
Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Theodore M. Cooperstein
Michael Blacker, Esq.