UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-14063-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

vs.

MARSHALL LEE MITCHELL,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon Defendant's Motion to Stay/Toll Time Limit for Filing Petition [D.E. 298].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch, Jr. [D.E. 299]. Subsequently, a Report was issued by the Magistrate Judge recommending that Defendant's Motion be stricken since it was filed pro se, although he is represented by counsel, or alternatively, denied as premature. No objections were filed to the Magistrate Judge's report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lynch's Report [D.E. 299] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety.

It is further

**ORDERED AND ADJUDGED** that Defendant's Motion to Stay/Toll Time

Limit for Filing Petition [D.E. 298] shall be **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of October, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Frank J. Lynch
All Counsel of Record